225 U. S.    Decisions on Petitions for Writs of Certiorari.

June 7, 1912. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. William M. Abbott* and *Mr. Joseph D. Redding* for the petitioner. *Mr. Percy V. Long* for the respondents.

---

No. 1143. THE MERCHANTS & MINERS' TRANSPORTA- TION COMPANY, PETITIONER, *v.* THE UNITED STATES. June 7, 1912. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Samuel B. Adams* and *Mr. Daniel H. Hayne* for the petitioner. *The Attorney General* and *The Solicitor General* for the respondent.

---

No. 1144. W. B. QUAINTANCE, PETITIONER, *v.* THE UNITED STATES. June 7, 1912. Petition for a writ of certiorari to the United States Court of Customs Appeals denied. *Mr. Wade H. Ellis, Mr. John A. Kratz, Jr.,* and *Mr. Albert H. Washburn* for the petitioner. *The Attorney General, The Solicitor General* and *Mr. Assistant Attorney General Wemple* for the respondent.

---

No. 830. HENRY F. SAMSTAG ET AL., PETITIONERS, *v.* GEORGE FROST COMPANY ET AL. June 10, 1912. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. John S. Seymour* for the petitioners. *Mr. Horace A. Dodge* for the respondents.

---

No. 1141. THE FRED W. WOLF COMPANY, PETITIONER *v.* THE MOUNT VERNON REFRIGERATING COMPANY